IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN DAVIS, SR.,

        Plaintiff,                          No. Civ. S-07-1530 FCD EBB P

   vs.

T. FELKER, et al.,

        Defendants.                   <u>FINDINGS AND RECOMMENDATIONS</u>

                                  /

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 11, 2008, the court dismissed plaintiff's complaint with leave to amend because it was so prolix and obscure that the court could not tell who plaintiff intended to sue or on what grounds. Plaintiff filed an amended complaint, which the court reviewed pursuant to 28 U.S.C. § 1915A. That complaint too, is wanting. In an April 9, 2008, order, the court found that it also failed to state a claim for relief, explained the complaint's deficiencies in some detail, and dismissed it with leave to file a second amended complaint. The order explained that failure to file a new amended complaint would result in a recommendation that this action be dismissed for plaintiff's failure to state a claim.

       On April 25, 2008, plaintiff responded to that order. The response is not an amended complaint. Rather, it is a letter in which plaintiff notifies the court that he does not intend to file

1

1 an amended complaint.  In the letter, plaintiff claims that the court is avoiding the facts of
2 plaintiff's claims, trying to protect defendants from taking responsibility for their wrongdoing
3 and tricking plaintiff into filing a second amended complaint for the sake of avoiding justice.
4 However, plaintiff makes no attempt to cure the deficiencies the court found to exist in the first
5 amended complaint.  Based on plaintiff's April 25, 2005, letter, the court finds that plaintiff does
6 not intend to file a second amended complaint.  Thus, this action must be dismissed.

7 　　　Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to
8 state a claim upon which relief could be granted.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

9 　　　These findings and recommendations are submitted to the United States District Judge
10 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 15 days after
11 being served with these findings and recommendations, any party may file written objections
12 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
13 to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the
14 specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158
15 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
16 Dated: May 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2